## ROGERS v. WALKER.

A. who had a son by a former marriage, married B., by whom also he had a child; both A. and B. died. C., the brother of B., obtained administration on both successions; the child of B. dying, the tutor of the child, by the former marriage, sought to annul the letters of administration of C., and obtain them for himself. *Held*: B. left a child, the issue of her marriage with A.; the subsequent death of that child, cannot render the administration of C. illegal

APPEAL from the Fifth District Court of New Orleans. *Benjamin* and *Micou*, for plaintiff. *T. A. Bartlette*, for defendent. By the court:

ROST, J. The reasons given by the district judge, to set aside the appointment of *James Walsh*, as administrator of *Charles O'Keefe* and of his second wife, *Ellen Walsh*, are not satisfactory to us.

*Rogers*, as tutor of a son of *O'Keefe* by a former marriage, had no claim whatever to the administration of the succession of *Ellen Walsh*, at the time of the appointment, she having left a child, the issue of her marriage with *O'Keefe ;* the subsequent death of that child, cannot render the administration of *Walsh* illegal.

From the very circumstance that *Walsh* applied for the administration, the court must have presumed that there were heirs present; they are presumed to have had notice of the application, and if they did not see fit or were not at the time in a situation to oppose it, the appointment made, according to the forms of law, should be sustained. If the minor has been injured by the acts of the administrator, he has his recourse against him, and his surety on their bond ; but we see no ground for disturbing the sale of the house and lot made to *Mrs. Walker*.

It is ordered, that the judgment in these consolidated cases be reversed. It is further ordered, that in the case of *David J. Rogers, tutor*, v. *Mrs. C. L. C. Walker et al.*, there be judgment in favor of the defendants, with costs in both courts.

It is further ordered, that in the case of the succession of *Charles O'Keefe* and wife, the account of administration, filed by *James Walsh*, be reinstated, and the case remanded for further proceedings on said account, according to law. The costs of the appeal to be paid by the succession.